USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ETAN LEIBOVITZ,

                              Plaintiff,          15 Civ. 0546 (LGS)

            -against-                      **ORDER**

    THE CITY OF NEW YORK, et al.

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, on August 27, 2019, Magistrate Judge Pitman issued a Report and Recommendation to grant Defendants' motion to dismiss (Dkt. No. 14);

    WHEREAS, as stated in Judge Pitman's August 27, 2019, Report and Recommendation, the parties "have fourteen (14) days from receipt of this Report to file written objections" (Dkt. No. 133);

    WHEREAS, no timely objection was filed;

    WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1 (S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

    WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report and Recommendation is adopted. For the reasons stated in the Report and Recommendation, Defendants' motion to dismiss is GRANTED.

The Clerk of Court is respectfully directed to close the case and all pending motions.

Dated: September 11, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE